## UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | |
|---|---|
| Kenneth Woodrow Johnson, Jr., | **C.A. No. 4:17-cv-03355-RBH** |
| Plaintiff, | |
| vs. | **CONSENT ORDER SUBSTITUTING** |
| | **JENNIFER VOGEL AS THE PLAINTIFF** |
| Biak L. Thang and Swift Transportation Co. of AZ, LLC, | |
| Defendants. | |

IT APPEARING to the Court that, upon motion of the Plaintiff and with the consent of the Defendants, Plaintiff's Motion to Substitute Jennifer Vogel, as the Personal Representative for the Estate of Kenneth Woodrow Johnson, Jr., as the Plaintiff should be granted pursuant to Fed. R. Civ. P. 25.

Plaintiff Kenneth Woodrow Johnson, Jr. died on June 6, 2019, which is unrelated to the present action. Jennifer Vogel was appointed as the Personal Representative for the Estate of Kenneth Woodrow Johnson, Jr. on July 22, 2019 by the Marion County Probate Court. It appears that Jennifer Vogel has been duly appointed by the appropriate Court and is the proper individual to move forward on behalf of Kenneth Woodrow Johnson, Jr.'s Estate in the present matter.

By agreement of the parties, Defendants hereby consent to the entry of an order granting Plaintiff's motion. Plaintiff shall file a Second Amended Complaint substituting Jennifer Vogel, as the Personal Representative for the Estate of Kenneth Woodrow Johnson, Jr., as the Plaintiff pursuant to Fed. R. Civ. 25 within 15 days of this Order.

With the consent of the Defendants, it is hereby ORDERED that Plaintiff shall file an Amended Complaint substituting Jennifer Vogel, as the Personal Representative for the Estate of

Kenneth Woodrow Johnson, Jr., as the Plaintiff pursuant to Fed. R. Civ. 25 within 15 days of this

Order

August 16, 2019                                           s/R. Bryan Harwell
Florence, South Carolina                                 R. Bryan Harwell
                                                         Chief United States District Judge

**WE SO MOVE:**

CHAPPELL, SMITH & ARDEN


*s/ Jacob D. Born*
Jacob D. Born
2801 Devine Street, Suite 300
Columbia, SC 29205
(803) 929-3600
(803) 929-3604 – fax
jborn@csa-law.com

ATTORNEYS FOR THE PLAINTIFF



**WE SO CONSENT:**

Moseley Marcinak Law Group, LLP


*s/ Robert Moseley*
Robert Moseley
P.O. Box 26148
Greenville, SC 29616
(864) 380-5339
rob.moseley@momarlaw.com

ATTORNEY FOR THE DEFENDANTS